UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

vs.

JAKIA BLAND,

            Defendant.
------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

ORDER

20 Cr. 155 (KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    IT IS HEREBY ORDERED that a sentencing proceeding shall take place in the above-captioned action on July 8, 2020, at 11:30 a.m. The sentencing proceeding will be conducted using Skype for Business. The public may listen to the proceeding by using the following telephone conference numbers:

    Dial In:    (888) 557-8511

    Access Code:  4862532

Dated: New York, New York
       July 6, 2020

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE