# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

January 26, 2022

**By ECF**

Honorable Kevin Nathaniel Fox
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Jakia Bland, 20 Cr. 155 (KNF)

Dear Judge Fox:

I represent Jakia Bland in the above-captioned case. On July 8, 2020, Ms. Bland came before this Court and was sentenced to time served and one year of supervised release. I write now to request that the Court order the Pretrial Services department to release Ms. Bland's passport to her. It is my understanding that they cannot do so without a court order. The Government has no objection to this request. Thank you for considering it.

Respectfully submitted,

/s/ Ariel Werner
Ariel Werner
Assistant Federal Defender
Counsel for Jakia Bland
212-417-8770

CC: AUSA Andrew Rohrbach

Granted. Jan 27, 2022
ONA T. WANG, USMJ